**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 27, 2024

Mr. Daniel Paul Bock
Mr. Andrew Buchsbaum
Mr. Phillip J. DeRosier
Mr. Jacob James Demree
Mr. David R. Jury
Mr. Oliver Larson
Ms. Alice Elizabeth Loughran
Mr. Jonathan D. Newman
Mr. James Mark Olson
Mr. Ryan Petty
Mr. Mark Christopher Savignac
Ms. Kaitlyn D. Shannon
Mr. Keith David Underkoffler

Re: Case No. 24-1608, *Enbridge Energy, Limited Partnership, et al v. Gretchen Whitmer, et al*
Originating Case No. 1:20-cv-01141

Dear Counsel,

The appellants' motion for an extension of time to file the reply brief by fourteen (14) days has been **GRANTED**. The reply brief is now due **December 20, 2024**.

Sincerely,

s/Gretchen S. Abruzzo
*for* Virginia Lee Padgett, Case Manager
Direct Dial No. 513-564-7032