No. 24-1608

In the
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ENBRIDGE ENERGY, LIMITED PARTNERSHIP; ENBRIDGE ENERGY COMPANY, INC.; ENBRIDGE ENERGY PARTNERS, L.P.,

    Plaintiffs-Appellees,

v.

GRETCHEN WHITMER, the Governor of the State of Michigan in her official capacity, and SCOTT BOWEN,[1] Director of the Michigan Department of Natural Resources, in his official capacity,

    Defendants-Appellants.

Appeal from the United States District Court
Western District of Michigan, Southern Division
Honorable Robert J. Jonker

**APPELLANTS' MOTION TO POSTPONE ORAL ARGUMENT**

Pursuant to Federal Rule of Appellate Procedure 34(b) and Sixth Circuit Rule 34(d), Defendants-Appellants Gretchen Whitmer, in her official capacity as Governor of the State of Michigan, and Scott Bowen, in his official capacity as Director of the Michigan Department of

---

[1] Scott Bowen succeeded Daniel Eichinger as Director of the Michigan Department of Natural Resources on September 5, 2023. Director Bowen is automatically substituted for former Director Eichinger as Defendant-Appellant in this matter under Fed. R. Civ. P. 25(d).

Natural Resources (collectively, the State Officials) respectfully move to postpone the recently-scheduled oral argument in this matter. The Court issued its Notice of Oral Argument on Friday, January 10, 2024, scheduling the argument for 2:00 p.m. on Tuesday, March 18, 2025. The State Officials respectfully request that the argument be postponed until the first available date after May 3, 2025, because undersigned counsel, Daniel Bock, will be medically unavailable.

      In support of this motion, the State Officials state as follows:

      1.    Undersigned counsel is scheduled to be on medical leave for 12 weeks, from February 10 to May 3.

      2.    During this medical leave period, counsel is forbidden from working, otherwise any remaining medical leave time will be forfeited.

      3.    Regrettably, undersigned counsel did not timely file a Counsel Unavailability Form with the Court.

      4.    Counsel's failure to file the Unavailability Form was an oversight due to an extremely busy schedule during the months of November and December.

      5.    Between the filing of Appellees' brief on November 15, 2024 (when the Unavailability Form is typically due) and December 23, 2024,

counsel drafted and filed four complex briefs—the Appellants' Reply in this case and three briefs in related litigation in state court—and initiated a significant criminal prosecution. Due to this heavy workload, combined with travel for the Thanksgiving and Christmas holidays, counsel neglected to file the Unavailability Form, and did not realize that oversight until the Court issued the Notice of Oral Argument.

6. Upon realizing the oversight, counsel promptly took steps to file this motion, in keeping with the requirement that such motions be filed immediately. 6 Cir. R. 34(d).

7. Pursuant to 6 Cir. R. 34(d), counsel sought concurrence in this motion from the Appellees' counsel. Counsel was unable to obtain concurrence.

8. The State Officials submit that counsel's medical unavailability constitutes good cause to postpone oral argument pursuant to 6 Cir. R. 34(d).

9. The State Officials further submit that this motion has been filed "immediately after notice of the hearing date" (*id*), and "reasonably in advance of the hearing date" pursuant to Fed. R. App. P. 34(b).

WHEREFORE, the State Officials respectfully request that oral argument in this matter be postponed to the first available date after May 3, 2025.

Respectfully submitted,

Ann M. Sherman
Solicitor General
Counsel of Record

/s/ *Daniel P. Bock*
Daniel P. Bock
Keith D. Underkoffler
Assistant Attorneys General
Co-Counsel of Record
Attorneys for
Defendants-Appellants
Environment, Natural
Resources, and Agriculture
Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
bockd@michigan.gov
underkofflerk@michigan.gov

Dated: January 14, 2025

## CERTIFICATE OF COMPLIANCE

Certificate of Compliance with Type-Volume Limit,
Typeface Requirements, and Type Style Requirements

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the part of the document exempted by Federal Rule of Appellate Procedure 27(a)(2)(B), this motion contains no more than 5,200 words. This document contains 418 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 14-point Century Schoolbook.

Respectfully submitted,

Ann M. Sherman
Solicitor General
Counsel of Record

/s/ *Daniel P. Bock*
Daniel P. Bock
Keith D. Underkoffler
Assistant Attorneys General
Co-Counsel of Record
Attorneys for
Defendants-Appellants
Environment, Natural
Resources, and Agriculture
Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
bockd@michigan.gov
underkofflerk@michigan.gov

# CERTIFICATE OF SERVICE

I certify that on January 14, 2025, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record (designated below).

Respectfully submitted,

Ann M. Sherman
Solicitor General
Counsel of Record

/s/ *Daniel P. Bock*
Daniel P. Bock
Keith D. Underkoffler
Assistant Attorneys General
Co-Counsel of Record
Attorneys for
Defendants-Appellants
Environment, Natural
Resources, and Agriculture
Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
bockd@michigan.gov
underkofflerk@michigan.gov

LF:  Enbridge Straits (Dec & Inj Relief) (v DNR) CA6/LF# 2020-0306464-B/Motion to Postpone Argument 2025-01-14