**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

**Kelly L. Stephens**
**Clerk**                                                                       513-564-7000

March 10, 2025

Alice Elizabeth Loughran
Phillip J. DeRosier
Mark Christopher Savignac
Daniel Paul Bock
Keith David Underkoffler

    Re:  Case No. 24-1608, *Enbridge Energy, LP, et al. v. Gretchen Whitmer, et al.*

Dear Counsel:

    The panel requests supplemental letter briefs from the parties addressing whether abstention under *Younger v. Harris*, 401 U.S. 37 (1971), is appropriate in this case given the ongoing state court proceedings.

    Please submit the letter briefs, no more than five single-spaced pages each, no later than 10:00 a.m. on March 17, 2025. Thank you in advance for your cooperation with this request.

Sincerely,

*Kelly L. Stephens*

Kelly L. Stephens