**607 - 6th Floor West Courtroom, 2:00 P.M.**                                    **Tuesday, March 18, 2025**

**Moore, Kethledge, Bloomekatz**

**24-1608   Enbridge Energy, LP, et al. v. Gretchen Whitmer, et al.**

Enbridge Energy, LP, et al.                                              ret   Mark Christopher Savignac

   **Plaintiffs - Appellees**

V.

Gretchen Whitmer, et al.                                                 ret   Daniel Paul Bock
                                                                                      *5 Minutes Rebuttal*

   **Defendants - Appellants**

*Bob Kelley, Courtroom Deputy*

State defendants appeal the district court's denial of their motion to dismiss, based on sovereign immunity, this suit alleging improper interference with the operation of an international and interstate petroleum pipeline in violation of the Pipeline Safety Act, the Interstate Commerce Clause, and constitutional powers to regulate commerce with foreign nations.   (15 Minutes Per Side)