Case No. 24-1608

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

ENBRIDGE ENERGY, LP; ENBRIDGE ENERGY COMPANY, INC.; ENBRIDGE ENERGY PARTNERS, L.P.

      Plaintiffs - Appellees

v.

GRETCHEN WHITMER, the Governor of the State of Michigan in her official capacity; DANIEL EICHINGER, Director of the Michigan Department of Natural Resources in his official capacity; SCOTT BOWEN, Director of the Michigan Department of Natural Resources in his official capacity

      Defendants - Appellants

Upon consideration of Appellee's motion to issue the mandate,

It is **ORDERED** that the motion be, and it hereby is **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: May 06, 2025