## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 24, 2025

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re:  Case No. 24-1608, *Enbridge Energy, LP, et al v. Gretchen Whitmer, et al*
Originating Case No. 1:20-cv-01141

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L Baker, Case Manager for
Virginia L. Padgett, Case Manager
Direct Dial No. 513-564-7032

cc:  Mr. Andrew Buchsbaum
Mr. Phillip J. DeRosier
Mr. Jacob James Demree
Mr. David R. Jury
Mr. Oliver Larson
Ms. Alice Elizabeth Loughran
Mr. Jonathan D. Newman
Mr. James Mark Olson
Mr. Ryan Petty
Mr. Mark Christopher Savignac
Ms. Kaitlyn D. Shannon
Mr. Keith David Underkoffler

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-1608

_____

Filed: June 24, 2025

ENBRIDGE ENERGY, LP; ENBRIDGE ENERGY COMPANY, INC.; ENBRIDGE ENERGY PARTNERS, L.P.

      Plaintiffs - Appellees

v.

GRETCHEN WHITMER, the Governor of the State of Michigan in her official capacity; DANIEL EICHINGER, Director of the Michigan Department of Natural Resources in his official capacity; SCOTT BOWEN, Director of the Michigan Department of Natural Resources in his official capacity

      Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 04/23/2025 the mandate for this case hereby issues today.

COSTS: None